UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:10-00260-02 |
| | ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE | ) | |

*[Handwritten annotation: "Granted. The motion to join is GRANTED. Will [illegible] 3-5-12"]*

### DEFENDANT ABDULLAHI SADE AFYARE'S MOTION TO JOIN MOTION BY CO-DEFENDANT HERSI AS TO PRODUCTION OF GOVERNMENT WITNESS LIST

Comes now Defendant Abdullahi Sade Afyare, through undersigned counsel, James A. Simmons, and moves this Honorable Court for permission to join the motion filed by co-defendant Hersi (Docket Entry No. 1719) to compel the Government to file and distribute its list of witnesses and other information as to defendants pursuant to the transcript on January 6, 2012 (Docket Entry No. 1028).

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing in the federal court electronic filing system or regular US mail, postage pre-paid, on this the 1st day of February, 2012, to the following:

Blanche B. Cook, AUSA
Van S. Vincent, AUSA
110 Ninth Avenue South, A-961
Nashville, TN 37203

/s/James A. Simmons
JAMES A. SIMMONS