UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:10-00260-02 |
| | ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE | ) | |

*ORDER: The motion to join is GRANTED. Will hear. 3/16/12*

### DEFENDANT ABDULLAHI SADE AFYARE'S MOTION TO JOIN MOTION BY CO-DEFENDANT YUSUF FOR THE COURT TO ISSUE SUBPOENAS REQUIRING THE PRODUCTION OF A DNA SAMPLE FROM IBRAHIM HASSAN AND JANE DOE TWO

Defendant Abdullahi Sade Afyare, by and through undersigned counsel, moves this Court for permission to join the motion filed by co-defendant Yassin Yusuf as to the issuance of two (2) Rule 17 subpoenas as to Ibrahim Hassan and Jane Doe Two so as to compel a DNA sample for the limited purpose of determining paternity, and whether Mr. Hassan is the biological father of Jane Doe Two (DE No. 1943).

Respectfully submitted,
/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing in the federal court electronic filing system or regular US mail, postage pre-paid, on this the 15th day of March, 2012, to the following:
Blanche B. Cook, AUSA
Van S. Vincent, AUSA
110 Ninth Avenue South, A-961
Nashville, TN 37203

/s/James A. Simmons
JAMES A. SIMMONS