UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO.   3:10-00260-02 |
| | ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE | ) | |

DEFENDANT ABDULLAHI SADE AFYARE'S MOTION FOR
INTRODUCTION OF F.R.E. 412 EVIDENCE

*[handwritten: Granted for the reasons stated in open court. This motion is DENIED. ... 3-30-12]*

Comes now the Defendant, Abdullahi Sade Afyare, by and through the undersigned counsel, James A. Simmons, and pursuant to F.R.E.412, moves to introduce evidence regarding "other sexual behavior" of JD2 at trial. In support of this motion, the Defendant joins and incorporates the memorandum of law in opposition to the Government's motion in limine and in support of this motion for introduction of F.R.E. 412 filed by Defendant Andrew Kayachith.

WHEREFORE, Defendant Abdullahi Sade Afyare requests that this Honorable Court conduct an in camera hearing giving the victim and the parties a right to attend and be heard, and at the conclusion of said hearing, deny the Government's Motion in Limine and grant the Defendant's Motion for introduction of "other sexual behavior" pertaining to JD2.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131