UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 3:10-00260-02 |
| ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE ) | |

MOTION TO EXCUSE ABDULLAHI SADE AFYARE'S PRESENCE AT STATUS CONFERENCE SCHEDULED FOR JANUARY 4, 2013

Comes the Defendant, Abdullahi Sade Afyare, through undersigned counsel, James A. Simmons, pursuant to Rule 43(b)(3) and moves this Honorable Court to excuse his presence at the status conference scheduled for January 4, 2013, at 9:30 a.m. (DE 2960). As grounds for this motion, counsel would show that the Defendant resides in Minneapolis, Minnesota. Travel to Nashville, Tennessee from Minneapolis, Minnesota to attend a status conference will require the Defendant to incur substantial expenses. Undersigned counsel will present to represent the Defendant at the status conference.

For the foregoing reasons, it is respectfully requested that the personal attendance of Defendant Abdullahi Sade Afyare at the status conference scheduled for January 4, 2013, be excused.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

Page 1 of 2

Case 3:10-cr-00260   Document 2961   Filed 12/19/12   Page 1 of 2 PageID #: 19401
Case 3:10-cr-00260   Document 2966   Filed 12/21/12   Page 1 of 1 PageID #: 19409