UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:10-00260-02 |
| | ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE | ) | |

*Granted. This motion is Granted. [signature] 9-16-13*

MOTION TO ALLOW ABDULLAHI SADE AFYARE TO BE EXCUSED FROM APPEARING AT THE HEARING SET FOR FRIDAY, SEPTEMBER 20, 2013

Comes now the Defendant, Abdullahi Sade Afyare, through undersigned counsel, James A. Simmons, and hereby respectfully moves this Honorable Court to allow Abdullahi Sade Afyare to be excused from appearing at the hearing set for Friday, September 20, 2013. As grounds for this motion, counsel would show that Abdullahi Sade Afyare resides in Minneapolis, Minnesota and that the expenses related to traveling to Nashville, Tennessee to appear at the hearing would be significant.

Counsel for Abdullahi Sade Afyare will appear at the hearing set for Friday, September 20, 2013, on behalf of Mr. Afyare.

Based upon the foregoing, it is respectfully requested that Abdullahi Sade Afyare be excused from appearing at the hearing set for Friday, September 20, 2013.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

*Page 1 of 2*

Case 3:10-cr-00260   Document 3387   Filed 09/13/13   Page 1 of 2 PageID #: 23806
Case 3:10-cr-00260   Document 3392   Filed 09/16/13   Page 1 of 1 PageID #: 23816