UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:10-00260-02 |
| | ) | JUDGE HAYNES |
| ABDULLAHI SADE AFYARE | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes the Defendant, Abdullahi Sade Afyare, through undersigned counsel, James A. Simmons, and moves this Honorable Court to modify the conditions of release to allow Mr. Afyare to participate in the Eid al-Fitr festival with his family and members of the Islamic community in Minneapolis, Minnesota.

Eid al-Fitr, also called Feast of Break the Fast, is an important religious holiday celebrated by Muslims worldwide that marks the end of Ramadan, the Islamic holy month of fasting (sawm). The holiday celebrates the conclusion of the twenty-nine or thirty (29 or 30) days o dawn-so-sunset fasting during the entire month of Ramadan. The day of Eid, therefore, falls on the first day of the month of Shawwal. The date for the start of any lunar Hijri month varies based on the observation of the new moon, so the exact day of celebration varies.

The day of the celebration this year will be between July 28 and July 30, 2014. Mr. Afyare will notify his probation officer in Minnesota of which day the celebration will be observed in Minnesota.

Mr. Afyare has a 9:00 p.m. curfew. He is requesting that the curfew be lifted for the day of the celebration. He will remain on electronic monitoring and no other condition of his release will be amended.

For the foregoing reasons, it is respectfully requested that Abdullahi Sade Afyare's conditions of release be modified to allow a lifting of his curfew for the day of celebration of Eid at-Fitr.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Abdullahi Sade Afyare
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing in the federal court electronic filing system or regular US mail, postage pre-paid, on this the 22nd day of July, 2014, to the following:

Blanche B. Cook, AUSA
Van S. Vincent, AUSA
110 Ninth Avenue South, A-961
Nashville, TN 37203

/s/James A. Simmons
JAMES A. SIMMONS